IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BUBBA MCLELLAND                                                                                    PLAINTIFF

v.                                          Case No. 4:17-cv-4007

RIDGE TOOL COMPANY,
d/b/a RIDGID                                                                                        DEFENDANT

## **ORDER**

Before the Court is Defendant Ridge Tool Company's Motion to Withdraw Counsel. (ECF No. 50). The Court is informed that Plaintiff Bubba McLelland does not oppose the motion. The Court finds the matter ripe for consideration.

Defendant seeks to remove Catherine Maness as counsel of record for Defendant in this matter. Defendant states that all other defense counsel of record shall remain the same. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Defendant's motion (ECF No. 50) is hereby **GRANTED**. Catherine Maness is hereby relieved as counsel of record for Defendant. The Clerk of Court is directed to remove Ms. Maness from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 26th day of July, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge