IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BUBBA MCLELLAND                                                                                  PLAINTIFF

v.                                              Case No. 4:17-cv-4007

RIDGE TOOL COMPANY,
d/b/a RIDGID                                                                                     DEFENDANT

## JUDGMENT

Before the Court is Defendant Ridge Tool Company's Motion for Summary Judgment. (ECF No. 36). Plaintiff Bubba McLelland filed a response. (ECF No. 43). Defendant filed a reply. (ECF No. 49). The Court finds the matter ripe for consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 36) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of August, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge